# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00670-CV

**Mary E. Allen, Appellant**

**v.**

**Wells Branch Self Storage, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-14-007235, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant Mary E. Allen filed a motion challenging the trial court's order sustaining a contest to her affidavit of indigence.[1] Having reviewed the motion and the record from the hearing on the contest, we conclude that the trial court did not abuse its discretion.[2] As such, we deny appellant's motion.[3]

It is ordered on December 10, 2014.

Before Justices Puryear, Pemberton, and Field

---

[1] *See* Tex. R. App. P. 20.1(j)(1).

[2] *See Scarbrough v. Purser*, No. 03-13-00025-CV, 2013 Tex. App. LEXIS 2446, at *1-2 (Tex. App.—Austin Feb. 27, 2013, order) (per curiam) (applying abuse-of-discretion standard to review of trial court's order sustaining indigence contest); *Kastner v. Texas Bd. of Law Exam'rs*, No. 03-08-00515-CV, 2009 Tex. App. LEXIS 6381, at *5 (Tex. App.—Austin Aug. 12, 2009, no pet.) (mem. op.) (same).

[3] *See* Tex. R. App. P. 20.1(j)(4).